**KRONENBERGER ROSENFELD**

150 Post Street
Suite 520
San Francisco, CA 94108

Phone 415.955.1155
Fax 415.955.1158
www.krinternetlaw.com

February 22, 2017

**FILED**

FEB 23 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Subpoena Request
Under the Digital Millennium Copyright Act (DMCA)
17 U.S.C. § 512(h)**

Susan Y. Soong
Clerk of the Court
United States District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3489

JCS

CV 17 80 024 MISC

RE: Request to Issue Subpoena under the DMCA for Identification of Copyright Infringer; Domain Name: <gerlachreport.com>; IP Address [104.20.7.229]

Dear Ms. Soong:

I, Karl S. Kronenberger, under penalty of perjury, submit that I am authorized to act on behalf of the owner of such copyrights, in matters involving the online infringement of materials as stated herein.

I hereby request that you issue a subpoena under 17 U.S.C. § 512(h), ordering Cloudflare, Inc. ("Cloudflare") as an Internet Service Provider ("ISP"), to disclose the identity of a copyright infringer maintaining materials on the ISP's servers that infringe on the copyrights of Charles Smethurst, representative of Dolphin Trust GmbH.

The following are attached, as required by 17 U.S.C. § 512(h):

1) The initial DMCA notification to Cloudflare;

2) The proposed subpoena; and

3) A sworn declaration as to the purpose of the subpoenas.

If you have any questions about this notice, you may reach me at 415-955-1155, ext. 114, or at karl@KRInternetLaw.com. For your reference regarding procedures under 17 U.S.C. § 512(h), please see *Artix Entertainment, LLC v. Does 1–10*, Case No. MC 09-119 (S.D. Tex. March 16, 2009).

Sincerely,

KRONENBERGER ROSENFELD, LLP

*Karl S. Kronenberger*

Karl S. Kronenberger
*Enclosures*