**KRONENBERGER | ROSENFELD**

150 Post Street
Suite 520
San Francisco, CA 94108

Phone 415.955.1155
Fax     415.955.1158
www.krinternetlaw.com

**"Take Down Notice" AND
Request for Removal of Repeat Infringer
Under Digital Millennium Copyright Act, 17 U.S.C. § 512**

February 16, 2017

GoDaddy.com, LLC
Attn.: Copyright Department
14455 N. Hayden Rd., Suite 219
Scottsdale, AZ 85260
CopyrightClaims@GoDaddy.com

Wild West Domains
Attn.: Copyright Agent
14455 N. Hayden Road, Suite 219
Scottsdale, AZ 85260
copyrightclaims@secureserver.net

Cloudflare, Inc.
Attn: Legal Department
101 Townsend St.
San Francisco, CA 94107
dmca@cloudflare.com

**VIA FIRST CLASS MAIL AND EMAIL**

RE:   <u>Take Down Notice and Request for Removal of Repeat Infringer Under DMCA;
      www.GerlachReport.com [IP 104.20.7.229]</u>

Dear Sir or Ma'am:

We are intellectual property counsel to Dolphin Trust GmbH ("Client"). This letter serves as formal notice under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512, of repeat copyright infringement of our Client's protected materials by your customer at the website www.GerlachReport.com ("Infringing Site"). We thus request that you (1) immediately remove new infringing content, and (2) permanently remove the Infringing Site as a repeat infringer.

   a) <u>Background</u>

Our Client owns copyrights in various photographs and images ("Copyrighted Content"). Over the last two months, our Client has sent at least four DMCA takedown notices (through other counsel) to alert you of blatant copyright infringement of our Client's Copyrighted Content on the Infringing Site, which constitutes defamation, violation of privacy, and potentially extortion.

As demonstrated by the below images and descriptions of events, the Infringing Site has blatantly copied and published our Client's Copyrighted Content numerous times (typically by republishing a photograph of our Client's executive with different backgrounds).



DMCA notice submitted to GoDaddy; notified of website suspension on 1/19/17.

GoDaddy.com, LLC, et al.
DMCA re GerlachReport.com
Page 2



DMCA notice submitted to GoDaddy; content was removed before 1/19/17 response.



DMCA notice submitted to GoDaddy; content was removed on 1/19/17.



DMCA notice submitted to GoDaddy and CloudFlare; content was removed on 1/25/17.

    As a result of our Client's repeated DMCA notices, the Infringing Site has been shut down at least twice. However, once the Infringing Site removes the infringing content, the infringer is able to reactivate the Infringing Site, thus causing continued blatant infringement.

### b) Take Down Notice Under DMCA

    Since our Client's prior DMCA notices summarized above, the Infringing Site has copied and published additional Copyrighted Content onto the Infringing Site as identified below:



http://www.gerlachreport.com/news/gerlachreport-die-meistgelesenen-berichte-2017

GoDaddy.com, LLC, et al.
DMCA re GerlachReport.com
Page 3



http://www.gerlachreport.com/news/charles-smethurst-betrug-mit-fingierten-rechnungen



http://www.gerlachreport.com/news/smethurst-lenz-warm-wonderful-in-den-knast



http://www.gerlachreport.com/



http://www.gerlachreport.com/news/dolphin-trust-unternehmen-vor-dem-kollaps

We thus request that you immediately remove the new infringing content at the links above.

c) <u>Request for Removal of Repeat Infringer Under DMCA</u>

Our Client is incurring substantial costs and fees in monitoring and reporting this repeat infringement. As indicated by the above examples, the individual DMCA notices and resulting limited suspension of the Infringing Site are utterly ineffective because the infringing party simply reactivates the Infringing Site with additional infringing content. We therefore demand that you immediately and permanently terminate the Infringing Site and related infringing account(s).

GoDaddy.com, LLC, et al.
DMCA re GerlachReport.com
Page 4

As you know, DMCA limitations on liability are only applicable to a service provider who:

> [H]as adopted and reasonably implemented, and informs subscribers and account holders of the service provider's system or network of, a policy that provides for the termination in appropriate circumstances of subscribers and account holders of the service provider's system or network who are repeat infringers. 17 U.S.C. § 512(i)(1)(A) (emphasis added).

A service provider "implements" a policy if "it has a working notification system, a procedure for dealing with DMCA-compliant notifications, and if it does not actively prevent copyright owners from collecting information needed to issue such notifications." *Perfect 10, Inc. v. CCBill LLC*, 488 F.3d 1102, 1109–10 (9th Cir. 2007). Further, implementation is "reasonable" if, under "appropriate circumstances," the service provider "terminates users who repeatedly or blatantly infringe copyright." *Id.*; *see also In re Aimster Copyright Litig.*, 334 F.3d 643, 655 (7th Cir. 2003) ("The common element of its safe harbors is that the service provider must do what it can reasonably be asked to do to prevent the use of its service by 'repeat infringers.'").

Additionally, we note your policy on repeat infringers is to "provide for the termination, in appropriate circumstances, of [your] customers and account holders who repeatedly violate this policy or are repeat infringers of copyrighted works, trademarks or any other intellectual property."

Given the above, we demand that you immediately and permanently disable and remove the Infringing Site as a repeat infringer and terminate all related accounts. Should your customer's website(s) continue to infringe on our Client's intellectual property rights, our Client will promptly seek all available legal remedies, including against you, in court.

d) **Necessary Information**

In supplement to our Client's prior DMCA notices, additional information needed to comply with our request is outlined below:

1. **Identity of the Copyrighted Work That Has Been Infringed.** Our Client owns copyrighted photographs and images, including located at:

   - http://www.cash-online.de/wp-content/uploads/2014/09/smethurst.jpg
   - https://www.youtube.com/watch?v=7-Y28F_NpCU
   - http://www.cash-online.de/wp-content/uploads/2014/09/smethurst.jpg
   - https://twitter.com/ChSmethurst
   - https://pbs.twimg.com/profile_images/819249566398693376/JsCx3AgL.jpg
   - http://www.openpr.de/images/articles/l/a/la2443259_g.jpg

2. **Identity of the Material That is Infringing Our Client's Copyrighted Work.** Your customer is maintaining materials that infringe on our Client's copyrights at the website located at www.GerlachReport.com and, in particular, at:

   - http://www.gerlachreport.com/
   - http://www.gerlachreport.com/news/dolphin-trust-unternehmen-vor-dem-kollaps
   - http://www.gerlachreport.com/news/gerlachreport-die-meistgelesenen-berichte-2017
   - http://www.gerlachreport.com/news/charles-smethurst-betrug-mit-fingierten-rechnungen

GoDaddy.com, LLC, et al.
DMCA re GerlachReport.com
Page 5

- http://www.gerlachreport.com/news/smethurst-lenz-warm-wonderful-in-den-knast

3. <u>Contact Information for Our Client.</u> Please send all correspondence on this matter to:

Liana W. Chen
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
UNITED STATES
(415) 955-1155 ext. 118
(415) 955-1158 Fax
Liana@KRInternetLaw.com

4. <u>Contact Information for the Infringer(s):</u> The only information we have for the infringer(s) is as follows:

Newsroom LLC
Coastal Highway
Lewes, Delaware 19958
(302) 645-7400
newsroomllc@protonmail.com

5. <u>Good Faith Statement & Affidavit.</u> Please see the attached affidavit.

e) **Conclusion**

Please promptly confirm that you will (1) immediately remove the new infringing content described above, and (2) immediately and permanently remove the Infringing Site as a repeat infringer and terminate the related account(s). As indicated, if you and your customer(s) continue to publish and distribute the infringing content or unlawfully exploit our Client's intellectual property rights in any way, we will take all necessary legal action.

This letter does not constitute an exhaustive statement of all of our Client's rights, claims, contentions, or legal theories regarding this matter, all of which are hereby expressly reserved.

If you have any questions about this notice or want to discuss the matters raised herein, please contact me at 415-955-1155, ext. 118, or at Liana@KRInternetLaw.com.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Liana W. Chen

GoDaddy.com, LLC et al.
DMCA re GerlachReport.com
Page 6

### Affidavit in Support of Take-Down Notice

I, **Charles Smethurst**, declare the following:

1. I have a good faith belief that use of the copyrighted material described in the attached letter, that appears on the allegedly infringing web page(s) as described in the attached letter, is not authorized by the copyright owner, its agent, or the law.

2. I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: February 16, 2017           Signature: _____