## EXHIBIT A

Domain Name: <www.gerlachreport.com>

IP Address: 104.20.7.229

You are hereby authorized and ordered to expeditiously disclose, to the above named party, information sufficient to identify the alleged infringers of the material described in the notification provided to you on February 16, 2017, to include all identifying information, credit card data, email addresses, login information, including IP addresses, and the DNS history assigned to the accounts associated with the <www.gerlachreport.com> domain name and the website accessible at such domain name, to the extent such information is available to Cloudflare, Inc.

## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, Karl S. Kronenberger, the undersigned, declare that:

1.    I am authorized to act on behalf of the copyright owner on matters involving the infringement of certain copyrighted works as detailed herein. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2.    The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer who registered the domain name listed on Exhibit A to the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to Charles Smethurst, representative of Dolphin Trust GmbH, under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, February 22, 2017.

*/s/ Karl S. Kronenberger*

Karl S. Kronenberger